14

911 A.2d 919

**Daniel J. FUNT**

v.

**Dr. Paul NOEL, Somerset Medical Department and Raymond Sobina, Superintendent of SCI–Somerset, et al.**

**Petition of Dr. Paul Noel.**

Supreme Court of Pennsylvania.

Dec. 20, 2006.

*ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December 2006, we **GRANT** the Petition for Allowance of Appeal, **REVERSE** the order of the Commonwealth Court in light of our decision in *Womer v. Hilliker*, 589 Pa. 256, 908 A.2d 269 (2006), and **REMAND** to the trial court with directions that a judgment of *non pros* be entered in accordance with Pa.R.C.P. 1042.6 (allowing the entry of judgment of *non pros* for failure to file a certificate of merit upon praecipe of the defendant).